MAYRA L. GARCIA
California State Bar No. 190677
185 West F Street, Suite 100
San Diego, California 92101
Telephone: (619) 238-4132

Attorney for Defendant **Susana Soto**

FILED
2006 SEP 20 PM 12:14
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **SUSANA SOTO,** ) <br> ) <br> Defendant. ) <br> ) | CASE No. 06cr01387-MLH <br><br><br> STIPULATION AND ORDER <br> THEREON |

Good cause appearing, **IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES**, that the next hearing date in the above-captioned case, be rescheduled from October 16, 2006, at 9:00 a.m., to October 30, 2006, at 9:00 a.m., for the following reason:

Defense counsel will be out of town September 25 through October 16, 2006.

Ms. Soto is in custody, and the pre-sentence report has been completed.

**SO STIPULATED.**

Dated: September 15, 2006

_____
MAYRA L. GARCIA
Attorney for Defendant

Dated: 9/15/06

_____
NANCY GUDEL  STEVEN DE SALVO
Special Assistant United States Attorney

**SO ORDERED.**

Dated: 9/19/06

_____
HONORABLE MARILYN L. HUFF
U.S. District Judge